# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEDINA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-01441-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE A PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM<br><br>(ECF No. 1)<br><br>FOURTEEN DAY DEADLINE |

On September 27, 2021, Patricia Medina filed this action on behalf of Plaintiff I.I.M. ("Plaintiff"), a minor, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.)

Federal Rule of Civil Procedure 17 provides that a suit by a minor may be brought or defended by "(A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Fed. R. Civ. P. 17(c)(1). A minor who does not have a duly appointed representative may sue by next friend or a guardian ad litem. Fed. R. Civ. P. 17(c)(2). Further, the Local Rules of the Eastern District of California state:

    Upon commencement of an action or upon initial appearance in

defense of an action by or on behalf of a minor or incompetent person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. See Fed. R. Civ. P. 17(c).

E.D. Cal. L.R. 202(a).

This action is brought on behalf of a minor and there has been no petition for the appointment of a guardian ad litem filed. Accordingly, IT IS HEREBY ORDERED that, within **fourteen (14) days** from the date of entry of this order, Plaintiff shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Local Rule 202.

IT IS SO ORDERED.

Dated: **September 29, 2021**

UNITED STATES MAGISTRATE JUDGE

2