# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEDINA, on behalf of I.I.M. (a minor),<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. 1:21-cv-01441-SAB<br><br>ORDER GRANTING SAMUEL FISHMAN'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

The Court has read and considered the application of Samuel Fishman, attorney for Plaintiff Patricia Medina, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 7.)  Having reviewed the application, Samuel Fishman's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **October 19, 2021**

                                                UNITED STATES MAGISTRATE JUDGE