# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEDINA, on behalf of Minor I.I.M,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:21-cv-01441-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND GRANTING PLAINTIFF'S SOCIAL SECURITY APPEAL AND REMANDING ACTION TO COMMISSIONER FOR FURTHER PROCEEDINGS<br><br>(ECF Nos. 15, 17, 18, 19) |

Patricia Medina, on behalf of Minor I.I.M ("Plaintiff"), seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying Plaintiff's application for supplemental security income ("SSI") benefits pursuant to the Social Security Act.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On August 10, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's Social Security appeal be granted and that the action be remanded to the Commissioner for further proceedings.  (ECF No. 19.)  The parties were granted fourteen days in which to file objections to the findings and recommendations.  The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of California Local Rule 304, this Court has conducted a *de novo* review of this case.  Having

carefully reviewed the entire file, including the filed objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on August 10, 2022 (ECF No. 19), are ADOPTED IN FULL;
2. Plaintiff's appeal from the decision of the Commissioner of Social Security is GRANTED;
3. This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this decision; and
4. The Clerk of the Court is DIRECTED to enter judgment in favor of Plaintiff Patricia Medina, on behalf of Minor I.I.M, and against Defendant Commissioner of Social Security and to CLOSE this action.

IT IS SO ORDERED.

Dated: September 12, 2022

SENIOR DISTRICT JUDGE