# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEDINA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01441-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 22) |

　　　On December 13, 2022, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 22.) EAJA fees are routinely stipulated to in this Court.

　　　Accordingly, IT IS HEREBY ORDERED that Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion for attorney's fees, within fourteen (14) days of this order.

IT IS SO ORDERED.

Dated:　**December 14, 2022**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1