# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MEDINA, on behalf of I.I.M., a minor,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No.  1:21-cv-01441-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(D))<br><br>(ECF Nos. 22, 24, 25) |

    Plaintiff Patricia Medina, on behalf of Minor Plaintiff I.I.M., filed a Social Security appeal on September 27, 2021, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying Plaintiff's application for supplemental security income ("SSI") benefits pursuant to the Social Security Act.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On December 29, 2022, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's unopposed motion for attorney's fees be granted.  The parties were granted fourteen days in which to file objections to the findings and recommendations.  The deadline to file objections has long passed and no objections or any other filing have been submitted.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Eastern District of

California Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including the filed objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued by the magistrate judge on December 29, 2022 (ECF No. 25), are ADOPTED IN FULL;
2. Plaintiff's unopposed motion for attorney's fees (ECF No. 22) is GRANTED;
3. Plaintiff is awarded attorneys' fees in the amount of $7,831.44 pursuant to the EAJA, 28 U.S.C. § 2412(d);
4. Plaintiff is awarded $627.00 in costs under 28 U.S.C. § 1920; and
5. The award is without prejudice to the rights of counsel to seek attorney's fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated:   March 9, 2023

SENIOR DISTRICT JUDGE